# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LATASHA HICKS

NO. 2022 KW 0750

**SEPTEMBER 12, 2022**

---

In Re:   Latasha Hicks, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 20-138.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**   A trial court is not required to conduct a hearing on a motion to reconsider sentence. See La. Code Crim. P. art. 881.1(D). Further, a defendant suffers no prejudice by summary denial of his motion to reconsider sentence, where the sole basis for the motion for reconsideration of sentence is that the sentence was excessive, and the sentences are not constitutionally excessive. **State v. Bedoya**, 2008-630 (La. App. 5th Cir. 12/16/08), 998 So.2d 1283, 1292, writ denied, 2009-0484 (La. 11/20/09), 25 So.3d 784.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sw_
_____
DEPUTY CLERK OF COURT
FOR THE COURT